HYMAN GOLDSTEIN, Respondent, v. LOUIS SCHLEIFER, Appellant.— Judgment and order reversed on the law, and a new trial granted, with costs to abide the event. It was an erroneous exercise of discretion to deny the motion to amend the answers. Since plaintiff did not claim surprise or prejudice, such amendment should be granted " almost as a matter of course, to the end that the parties to the litigation may have an opportunity to raise and have determined such questions as they may think affect their respective interests." (*Milliken* v. *McGarrah*, 164 App. Div. 110.) (See also, *Markowitz* v. *Markowitz*, 119 Misc. Rep. 609; *Gedney* v. *Diorio*, 190 App. Div. 85.) Under rule 166 of the Rules of Civil Practice, any amendment that may be granted by a justice at Special Term may be allowed by the justice presiding at the trial. (*Feizi* v. *Second Russian Ins. Co.*, 199 App. Div. 775.) The defendants were foreclosed of a defense to the actions in the nature of an arbitration and award, which, if proved to be valid, would have been a complete defense to the actions. (Civ. Prac. Act, § 1448; *McNulty* v. *Solley*, 95 N. Y. 242; *New York Lumber & W. W. Co.* v. *Schnieder*, 119 id. 475; *Sweet* v. *Morrison*, 116 id. 19; *Krauter* v. *Pacific Trading Corp. of America, Inc.*, 194 App. Div. 672; *Buel* v. *Dewey*, 22 How. Pr. 342; *Grosvenor* v. *Hunt*, 11 id. 355, 356; *Ressequic* v. *Brownson*, 4 Barb. 541, 545. See, also, 3 Cyc. 589; *Wood* v. *Tunnicliff*, 74 N. Y. 44; 2 R. C. L. 359.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

GREGORY COAL & LUMBER CO., INC., Respondent, v. HUGH S. ROBERTS, INC., and Others, Defendants, Impleaded with WILLIAM B. PORTER, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JACOB KLEEBER, an Infant, by GEORGE KLEEBER, His Guardian ad Litem, Appellant, v. LOUIS JACOBS and Others, Copartners, etc., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

AARON KOSOFSKY, Doing Business under the Firm Name and Style of HUDSON BAY FUR TRAPPERS, and HUDSON BAY TRAPPERS, Respondents, v. JOSEPH HONIGMAN, Doing Business under the Firm Name and Style of HUDSON TRAPPERS FUR COMPANY, Appellant.— Judgment reversed upon the law and the facts, and judgment unanimously directed in favor of the defendant, dismissing the complaint, without costs, upon the grounds set forth in opinion by Giegerich, J., in *Kosofsky* v. *Silbert* (Special Term, N. Y. County, N. Y. L. J. July 7, 1923), with appropriate findings of fact, in accordance with the facts found in the case cited. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur. Settle order on notice.